IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-00262-KD-N |
| | ) |
| CHRISTOPHER BENEDUM, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and with objections having been waived by the parties, the plea of guilty of the Defendant **CHRISTOPHER BENEDUM**, to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **May 26, 2026 at 9:00 a.m. (Central) in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this **2nd** day of **March**, **2026**.

                                                                     s/ Kristi K. DuBose
                                                                     KRISTI K. DuBOSE
                                                                     UNITED STATES DISTRICT JUDGE